court as a prior offender to three years imprisonment. He also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

We have reviewed the record on appeal. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

**v.**

**George HALL, aka, Frank Shumate, Appellants,**

**Rita Frances WARD, f/k/a Gassner, Plaintiff–Appellant,**

**v.**

**Gregory Francis LEBER, Sr., Defendant–Respondent.**

**No. 59821.**

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 25, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 24, 1992.

Application to Transfer Denied June 2, 1992.

**George HALL, aka, Frank Shumate, Appellants,**

**v.**

**STATE of Missouri, Respondent.**

**Nos. 57093, 58773.**

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 25, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 24, 1992.

Application to Transfer Denied June 2, 1992.

Rita Frances Ward, pro se.

## ORDER

PER CURIAM.

Rita Frances Ward, f/k/a Gassner, brought this action to recover from Gregory F. Leber, Sr., her former husband, one-half of the proceeds of a state income tax refund. She appeals from the judgment of the trial court, in a court-tried case, in favor of Leber.

